**Opinion issued July 23, 2013**



In The

# Court of Appeals
### For The
# First District of Texas

---

### NO. 01-13-00183-CV

---

### MICHAEL ALDOUS, Appellant

### V.

### DEBBIE O'CONNOR, Appellee

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 11CV0824-C**

---

## MEMORANDUM OPINION

Appellant Michael Aldous has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief).

Appellant's brief was due on May 31, 2013. Appellant did not file a brief.

On June 20, 2013, we notified appellant that the appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a)(1) (providing for dismissal for failure to file brief), 42.3(b) (allowing involuntary dismissal of appeal). Appellant did not respond.

Accordingly, we dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Higley, and Bland.